■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICKELSON PHILOGENE, Appellant. [627 NYS2d 571] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered February 23, 1993, convicting him of robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of both counts of robbery in the second degree beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have reviewed the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Rosenblatt, O'Brien and Hart, JJ., concur.